**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **ABDUL K. RASHEED-EL,** | ) CASE NO. 1:18-CV-614 |
| | ) |
| Plaintiff, | ) JUDGE DAN AARON POLSTER |
| | ) |
| vs. | ) <u>**OPINION AND ORDER**</u> |
| | ) |
| **STATE OF OHIO, et al,** | ) |
| | ) |
| Defendants. | ) |

Plaintiff Rasheed-El filed his Complaint on March 16, 2018. Doc #: 1. On April 19, 2018, the Court dismissed his Complaint for failing to contain allegations reasonably suggesting that Plaintiff might have a valid federal claim. Doc #: 7. Plaintiff filed the instant Motion on April 26, 2018, asking the Court to reconsideration dismissing his case. Doc #: 9.

Plaintiff claims that his Complaint alleges a violation of the federal Fair Debt Collection Practices Act ("FDCPA"). 15 U.S.C. §§ 1692, *et seq*. His claim stems from a traffic violation. On January 3, 2017, Plaintiff pleaded no contest to driving without a valid license, a violation of Lorain County Ordinance § 335.01. The Lorain Municipal Court sentenced Plaintiff to a fine of $150.00. *See* Case. No. 2013TRD01820. Plaintiff argues that the Lorain Municipal Court violated the FDCPA by engaging in illegal debt collection practices to collect his fine. Mot. 1-2.

However, the FDCPA does not cover fines owed to municipalities for traffic violations. 15 U.S.C. § 1692b. Thus, Plaintiff cannot state a claim for a violation of the FDCPA. Accordingly, his Motion is **DENIED**.

Plaintiff may appeal this decision to the Sixth Circuit Court of Appeals but the Court will entertain no further motions.

**IT IS SO ORDERED.**

*/s/ Dan A. Polster    April 30, 2018*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**